# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

**September 7, 2007**

Charles R. Fulbruge III
Clerk

No. 06-41740
Summary Calendar

DONALD EDWARD MACK

Plaintiff-Appellant

v.

JEFFERY B BARNETT, Lieutenant, Michael Unit; SUZZAN FLEMINGS, Nurse Practitioner, Michael Unit; PHILLIP WRIGHT, Paroled; PHILLIP BAKER

Defendants-Appellees

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:06-CV-421

Before KING, DAVIS, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Donald Edward Mack, Texas prisoner # 391890, moves for in forma pauperis (IFP) status to appeal the district court's dismissal of his 42 U.S.C. § 1983 complaint on the basis of the three-strikes bar in 28 U.S.C. § 1915(g). However, as there is no timely notice of appeal in this case, this court lacks jurisdiction to consider Mack's § 1983 claims. See Bowles v. Russell, 127 S. Ct.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

2360, 2366 (2007). Accordingly, this case is DISMISSED with prejudice. Mack's motions for IFP status and for appointment of counsel are DENIED.